UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TYRON JAROME HAKIM DOUGLAS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| MICHELLE J. FERGUS, et al., | ) ) ) |
| Defendants. | ) ) ) |

CIVIL ACTION
NO. 23-40144-MRG

**ORDER**
**January 30, 2024**

**GUZMAN, D.J.**

*Pro se* plaintiff Tyron Jarome Hakim Douglas brings this action in which he seeks "rightful ownership . . . in [his] 'Natural Person.'" Compl. at 1. When he commenced this action, he did not pay the filing fee or file a motion for leave to proceed *in forma pauperis*.

In an ordered dated November 1, 2023 (ECF No. 3), Magistrate Judge David H. Hennessy ordered Douglas to pay the filing or seek leave to proceed without prepayment of the filing fee.[1] The Court also found that Douglas's pleading did not show that he was entitled to relief and ordered him to file an amended complaint. The Court informed Douglas that failure to comply with the order within twenty-eight (28) days could result in dismissal of the action by a District Judge.

The time for complying with the November 1, 2023 has elapsed and Douglas has not filed an amended complaint, nor paid the filing fee for commencing a non-habeas civil action, nor completed and signed an Application to Proceed in District Court Without Prepayment of

---

[1] Pursuant to General Orders (10-1) and (09-3), a case may be randomly assigned, at the time of filing, to a Magistrate Judge. On January 2, 2024, this case was reassigned to a District Judge.

2

Fees or Costs.  Accordingly, the Court orders that this action be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee and for failure to file an amended complaint.

**So Ordered.**

      /s/ Margaret R. Guzman_____
MARGARET R. GUZMAN
UNITED STATES DISTRICT JUDGE

Dated:  January 30, 2024